# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ULTRA FLOW HOLDINGS, LLC

v.

BEVERAGE PARTS SOURCE, LLC, BREDEN INCORPORATED, JOHN SUMNERS, and WEIJUNG DENNY CHIA

Case No. 1:24-cv-1264
Hon. Paul L. Maloney

TO: Beverage Parts Source, LLC
ADDRESS: c/o John A. Sumners, Resident Agent
2814 McCracken
Norton Shores, Michigan 49441

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Dickinson Wright PLLC
Mark A. Jotanovic
2600 W Big Beaver Road, Suite 300
Troy, MI 48084

CLERK OF COURT



11/27/2024
By: Deputy Clerk                Date

---

## PROOF OF SERVICE

This summons for _____Beverage Parts Source, LLC_____ was received by me on _____.
(name of individual and title, if any)                                          (date)

☐ I personally served the summons on the individual at _____
on _____.                                       (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                    _____
                                        Server's signature

Additional information regarding attempted service, etc.:  _____
                                                           Server's printed name and title

                                                           _____
                                                           Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ULTRA FLOW HOLDINGS, LLC

v.

BEVERAGE PARTS SOURCE, LLC, BREDEN INCORPORATED, JOHN SUMNERS, and WEIJUNG DENNY CHIA

Case No. 1:24-cv-1264
Hon. Paul L. Maloney

TO: Breden Incorporated
ADDRESS: c/o Weijung Denny Chia, Agent for Service of Process
1 Pointe Drive, Suite 310
Brea, California 92821

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Dickinson Wright PLLC
Mark A. Jotanovic
2600 W Big Beaver Road, Suite 300
Troy, MI 48084

CLERK OF COURT



11/27/2024
By: Deputy Clerk                Date

## PROOF OF SERVICE

This summons for ___Breden Incorporated___ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
                                                        (place where served)
on _____.
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)          (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ULTRA FLOW HOLDINGS, LLC

v.

BEVERAGE PARTS SOURCE, LLC, BREDEN INCORPORATED, JOHN SUMNERS, and WEIJUNG DENNY CHIA

Case No. 1:24-cv-1264
Hon. Paul L. Maloney

TO: John Sumners
ADDRESS: 2814 McCracken
Norton Shores, MI 49441

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
 P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Dickinson Wright PLLC
Mark A. Jotanovic
2600 W Big Beaver Road, Suite 300
Troy, MI 48084

CLERK OF COURT



11/27/2024
By: Deputy Clerk                                           Date

---

## PROOF OF SERVICE

This summons for _____John Sumners_____ was received by me on _____.
(name of individual and title, if any)                          (date)

☐ I personally served the summons on the individual at _____
on _____.                                        (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ULTRA FLOW HOLDINGS, LLC

v.

BEVERAGE PARTS SOURCE, LLC, BREDEN INCORPORATED, JOHN SUMNERS, and WEIJUNG DENNY CHIA

Case No. 1:24-v-1264
Hon. Paul L. Maloney

TO: Weijung Denny Chia
ADDRESS: 1 Pointe Dr., Suite 310
Brea, CA 92821

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Dickinson Wright PLLC
Mark A. Jotanovic
2600 W Big Beaver Road, Suite 300
Troy, MI 48084

CLERK OF COURT



11/27/2024
By: Deputy Clerk         Date

---

## PROOF OF SERVICE

This summons for _____Weijung Denny Chia_____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                              (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                    _____
                                          Server's signature

Additional information regarding attempted service, etc.:
                                          _____
                                          Server's printed name and title

                                          _____
                                          Server's address